UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES PARK POLICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-1502 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

Defendant United States Park Police (USPP), by and through undersigned counsel, respectfully submits the following answer to Plaintiff's Complaint ("Complaint") filed on May 23, 2019. All allegations in the Complaint, including relief sought, are denied except when specifically admitted. United States Park Police admits, denies, or otherwise avers as follows:

### FIRST DEFENSE

Information requested in Plaintiff's Freedom of Information Act ("FOIA") request is exempt in whole or in part under the FOIA.

### SECOND DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA.

### SPECIFIC RESPONSES

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, United States Park Police answers as follows. United States Park Police denies any allegations contained in such headings.

## COMPLAINT

This unnumbered paragraph contains Plaintiff's characterizations of this action to which no response is required.

## JURISDICTION AND VENUE

1. This paragraph contains Plaintiff's conclusions of law, to which no response is required. USPP is not contesting the Court's jurisdiction.

2. This paragraph contains Plaintiff's conclusions of law, to which no response is required. USPP admits that venue is proper in this judicial district.

## THE PARTIES

3. USPP is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

4. Admit that the USPP is a component of the National Park Service, which is a component of the U.S. Department of the Interior. The remaining allegations in this paragraph are citations to statutes, which are the best evidence of their content and to which no response is required.

## FACTS

### Human Rights Defense Center's Background and Mission

5. The paragraph contains Plaintiff's characterizations of Human Rights Defense Center ("HRDC"), to which no response is required.

6. This paragraph contains Plaintiff's characterizations of HRDC, to which no response is required.

7. This paragraph contains Plaintiff's characterizations of HRDC, to which no response is required.

8. This paragraph contains Plaintiff's characterizations of HRDC, Prison Legal News ("PLN"), and Criminal Legal News ("CLN") to which no response is required.

9.      This paragraph contains Plaintiff's characterizations of PLN, to which no response is required.

10.     This paragraph contains Plaintiff's characterizations of CLN, to which no response is required.

11.     This paragraph contains Plaintiff's characterizations of HRDC, to which no response is required.

### The United States Park Police

12.     Admit.

13.     This paragraph contains Plaintiff's characterization of USPP, to which no response is required.

### Request at Issue

14.     This paragraph contains Plaintiff's characterization of its FOIA request, to which no response is required. USPP respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

15.     This paragraph contains Plaintiff's characterization of the specific content of its December 12, 2018 FOIA request, to which no response is required. USPP respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

16.     Admit.

17.     Admit only that the USPP received a FOIA request from HRDC via the Department of the Interior online FOIA portal dated March 1, 2019. The second sentence of this paragraph contains Plaintiff's characterization of the specific content of its March 1, 2019, FOIA request, to which no response is required. USPP respectfully refers the Court to the referenced letter for a complete and accurate statement of its contents.

18.  This paragraph contains Plaintiff's characterization of their FOIA request and Plaintiff's intentions for use of the requested records, to which no response is required. USPP respectfully refers the Court to the referenced FOIA request for a complete and accurate statement of its contents.

19.  Admit.

20.  Admit.

21.  Admit.

## HRDC'S CLAIM FOR RELIEF

22.  Defendant incorporates its responses under paragraphs 1-22 by reference.

23.  This paragraph contains Plaintiff's conclusions of law, to which no response is required.

24.  This paragraph contains Plaintiff's conclusions of law, to which no response is required.

25.  This paragraph contains Plaintiff's conclusions of law, to which no response is required.

26.  This paragraph contains Plaintiff's conclusions of law, to which no response is required.

## REQUESTED RELIEF

The remainder of the Complaint consists of Plaintiff's prayer for relief, to which no response is required. To the extent that a response is deemed necessary, USPP denies that Plaintiff is entitled to the relief requested in this section.

[Remainder of page intentionally left blank.]

WHEREFORE, USPP having fully answered, requests that the Complaint be dismissed with prejudice, that costs be assessed against Plaintiff, and that USPP be awarded any other relief deemed just and proper.

Dated:   September 5, 2019

                                                  Respectfully submitted,

                                                  JESSIE K. LIU, D.C. Bar # 472845
                                                  United States Attorney

                                                  DANIEL F. VAN HORN, D.C. Bar # 924092
                                                  Chief, Civil Division

By: /s/ Paul A. Mussenden
       Paul A. Mussenden
       Assistant United States Attorney
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       (202) 252-7874
       Paul.Mussenden@usdoj.gov