UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br>*Plaintiff*,<br>v.<br>UNITED STATES PARK POLICE,<br>*Defendant*. | Civil Action No. 19-1502 (TSC) |

## JOINT STATUS REPORT

Defendants, the United States Park Police ("USPP"), and Plaintiff, Human Rights Defense Center ("HRDC"), each by its undersigned counsel, submit this joint status report in response to the Court's Minute Order dated September 5, 2019.

1. On May 24, 2019, Plaintiff HRDC perfected service of his complaint on Defendant alleging that the USPP failed to respond its Freedom of Information Act ("FOIA") request seeking "records of litigation against the Park Police." Compl. at 3:¶14.

2. Defendant filed an Answer on September 5, 2019, and by minute order that same day, the Court instructed the parties to "meet and confer and propose a schedule for proceeding in this matter. The schedule shall address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, whether and when either party anticipates filing a dispositive motion, and any other pertinent issues on or before October 7, 2019."

3. Defendant provides the following status regarding the search for records and responses to Plaintiff's FOIA requests.

4. As a result of the parties' meet and confer discussions, on July 11, 2019, plaintiff limited the scope of its request as follows: (a) excluding all records of an automobile accident

(personal or property injury) under $50,000; (b) excluding all records of USPP Equal Employment Opportunity ("EEO") claims premised on worker's compensation or pay calculation benefits (but including EEO discrimination claims); and (c) excluding any category of claim where the relief sought or rendered is under $3,000.

5.  On September 13, 2019, and with the exception of EEO records, Defendant released all records responsive to Plaintiff's modified request. With respect to EEO records, Defendant is conducting a manual and electronic search for complaints responsive to Plaintiff's request. Defendant anticipates completing its search, review, and release of the EEO records request within the next 45 days (*i.e.*, by November 21, 2019).

6.  Although USPP's FOIA office is severely understaffed and has inadequate existing resources, Defendant does not anticipate filing a motion for an *Open America* stay.

7.  If the parties' meet and confer efforts do not resolve this matter, Defendant anticipates that a *Vaughn* declaration would be sufficient to support its response to Plaintiff's FOIA request.

8.  In light of Defendants' ongoing searches for and releases of records responsive to HRDC's FOIA request, the parties respectfully request that the Court defer the entry of a briefing schedule at this time and instead order the parties to submit another joint status report updating the Court on the status of Defendant's responses and/or releases to HRDC's FOIA request within 45 days: on or before November 21, 2019.

*       *       *

Respectfully submitted,

 /s/ *Deborah M. Golden*
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
1415 H St. NE
Washington, D.C.  20002
Telephone: (202) 630-0332
deb.golden@gmail.com

*Counsel for Plaintiff*

Dated: October 7, 2019.

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ *Paul A. Mussenden*
PAUL A. MUSSENDEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 7874
Paul.Mussenden@usdoj.gov

*Counsel for Defendants*