UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

*Plaintiff*,

v.

UNITED STATES PARK POLICE,

*Defendant*.

Civil Action No. 19-1502 (TSC)

## JOINT STATUS REPORT

Defendants, the United States Park Police ("USPP"), and Plaintiff, Human Rights Defense Center ("HRDC"), each by its undersigned counsel, submit the following updated joint status report consistent with the Court's Minute Order dated October 18, 2019 directing the parties to file status reports "every 60 days":

1.      As explained in the parties previously filed Joint Status Report dated October 7, 2019 (ECF No. 11), Plaintiff agreed during meet and confer discussions to modify the scope of its FOIA request as follows:  (a) excluding all records of an automobile accident (personal or property injury) under $50,000; (b) excluding all records of USPP Equal Employment Opportunity ("EEO") claims premised on worker's compensation or pay calculation benefits (but including EEO discrimination claims); and (c) excluding any category of claim where the relief sought or rendered is under $3,000.  *See* ECF No. 11 at 1-2:¶4.

2.      The parties further reported that, on September 13, 2019, and with the exception of EEO records, Defendant released all records responsive to Plaintiff's modified request.  With respect to EEO records, Defendant anticipated completing its search, review, and release of the EEO records request on or before November 21, 2019.   *Id*. at 2:¶5.  Defendant completed its search and review of relevant EEO records and produced all non-exempt EEO records to Plaintiff by letter dated October 18, 2019.

3.      By email dated November 6, 2019, Plaintiff advised that it completed its review of all documents produced and requested that Defendant reconsider several redactions it believes should be withdrawn under applicable FOIA precedent.

4.      Defendant agreed to consider Plaintiff's request and pursue further meet and confer discussions to narrow the areas of disagreement.

5.      On March 27, 2020, Defendant provided a comprehensive and detailed response to each challenged redaction and addressed questions raised about information related to a particular subset of documents.

6.       To allow adequate time for the Plaintiff to review the agency's response and for the parties to confer regarding any issues that may remain outstanding, the parties respectfully request that the Court defer the entry of a briefing schedule at this time.  Consistent with the Court's Minute Order dated October 18, 2019 directing the parties to file status reports "every 60 days", the parties shall submit another joint status report updating the Court on the status of the parties' efforts to resolve this matter on or before May 29, 2020.

*       *       *

Respectfully submitted,

_/s/ Deborah M. Golden_

Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
1415 H St. NE
Washington, D.C.  20002
Telephone: (202) 630-0332
deb.golden@gmail.com


*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  _/s/ Paul A. Mussenden_

PAUL A. MUSSENDEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 7874
Paul.Mussenden@usdoj.gov

*Counsel for Defendants*

Dated: March 30, 2020.

3