UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

    *Plaintiff*,

    v.

UNITED STATES PARK POLICE,

    *Defendant*.

Civil Action No. 19-01502 (TSC)

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Now comes the Defendant in the above captioned matter, United States Park Police, by and through undersigned counsel, and hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56. In support of this motion, Defendant relies upon the attached Memorandum in Support, Statement of Material Facts Not in Dispute, Declaration of Janeen C. Tyler, and *Vaughn* Index.

Dated: March 26, 2021

    Respectfully submitted,

    CHANNING D. PHILLIPS
    D.C. Bar No. 415793
    Acting United States Attorney

    BRIAN P. HUDAK
    Acting Chief, Civil Division

    /s/Thomas W. Duffey/s/
    THOMAS W. DUFFEY
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-2510
    Thomas.Duffey@usdoj.gov

    Counsel for Defendant