UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

*Plaintiff*,

v.

UNITED STATES PARK POLICE,

*Defendant*.

Civil Action No. 19-01502 (TSC)

# [PROPOSED] ORDER

This matter having come before the Court on the motion of Defendant, United States Park Police, for summary judgment, and the Court having considered the motion, and any opposition thereto, and the entire record herein, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that judgment is awarded to Defendant on Plaintiff's complaint.

Dated: _____

_____
The Honorable Tanya S. Chutkan
United States District Judge