UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES PARK POLICE<br>　　　　Defendant. | Civil Action No. 1:19-cv-01502-TSC |

# Declaration of Paul Wright

I, Paul Wright, declare as follows:

1. I am the Executive Director of Human Rights Defense Center. I make this declaration based on personal knowledge and my review of HRDC's regularly maintained contemporaneous business records.

2. HRDC is a nonprofit, IRS section 501(c)(3) organization, incorporated in the state of Washington and with principal offices in Lake Worth, Florida. HRDC was founded in 1990 as Prisoners' Legal News, and adopted its current name in 2009.

3. As an ongoing project, HRDC has investigated and reported on the practices and approaches various government agencies take when settling claims and lawsuits. As part of that project, HRDC has made public records under state and federal laws for settlement agreements and other documents revealing how agencies resolve claims against them.

1

HRDC has submitted FOIA requests to many federal agencies, including the Drug Enforcement Agency, the Federal Bureau of Prisons and (in this case) United States Park Police. HRDC has made similar requests under state public records laws to state and local agencies.

4. HRDC seeks claims settlement and resolution information in part because, in our experience, analysis of settlement agreements can disclose mismanagement, abusive personnel, or other chronic problems within an agency.

5. The settlement agreements and other records produced by USPP in response to HRDC's FOIA request contain many redactions, including of party names, addresses, and medical, financial account, and similar personal information. HRDC does not concede that all of these redactions are proper. But HRDC is only contesting the redactions of claimants' identities in documents 1-14 and claimants' and tortfeasors' identities in documents 15-17.

6. I have reviewed the documents provided, and can glean the following information.

7. Document No. 7 includes a settlement of an EEO claim providing for the USPP detective to be paid $50,000, to have the accused removed from her chain of command and sent to remedial training. I understand that the identity of this claimant is subject to a claw-back request from the Park Police. While HRDC does not agree that it has any legal obligation to destroy information released by the government, it has agreed not to distribute this document until the court rules.

8. Document No. 15 includes a settlement of excessive force by a USPP officer for $17,500.00. The document notes that the claim was sustained by an Internal Affairs Unit investigation. I understand that the identity of this claimant is subject to a claw-back

request from the Park Police. While HRDC does not agree that it has any legal obligation to destroy information released by the government, it has agreed not to distribute this document until the court rules.

9. Document No. 16 includes a settlement of excessive force by a USPP officer for $13,500.00.

10. Document No. 17 includes a settlement of unconstitutional detention by the USPP for $15,000.00.

11. In addition to the documents attached to as exhibits to the Tyler Declaration, ECF 23-3, HRDC received an email from in which USPP indicated it did agree to release the name of the claimant in Document 17, attached as Exhibit A to this declaration, and a final determination letter from the USPP, dated June 30, 2020, attached as Exhibit B to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2021.

_____
Paul Wright
Executive Director, Human Rights Defense Center