UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUMAN RIGHTS DEFENSE CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES PARK POLICE**, <br><br> Defendant. | Civil Action No. 19-1502 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 31, Defendant's Motion for Summary Judgment, ECF No. 23, is hereby GRANTED and Plaintiff's Cross Motion for Summary Judgment, ECF No. 25, is hereby DENIED.

Date: August 29, 2023

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge