# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER

Plaintiff

vs.   Civil Action No. 19-1502-TSC

UNITED STATES PARK POLICE

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 16th day of October, 20 23, that the Human Rights Defense Center hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 29th day of August, 20 23 in favor of the United States Park Police against said Human Rights Defense Center.

/s/ Deborah M. Golden
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov