UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES PARK POLICE,<br><br>   Defendant. | Civil Action No. 19-1502 (TSC) |

**JOINT STATUS REPORT**

   This matter returns to the Court after the United States Court of Appeals for the District of Columbia Circuit issued a Mandate in *Human Rights Defense Center v. United States Park Police*, Case # 23-5236, on March 19, 2025. In its opinion, issued on January 24, 2025, 126 F.4th 708 (D.C. Cir 2025), the Circuit ruled:

> We accordingly reverse and remand for the district court to enter an order directing the Park Police to remove the redactions from the officer names in the documents at issue and release them to HRDC.

*Id*. at 717.

   Accordingly, the Parties agree that the Court should issue the proposed order directing such release by April 25, 2025.

   Further, the Parties expect that the only remaining issue after release will be attorneys' fees and costs. To allow the Parties to attempt to resolve that issue without further Court involvement, they propose that, if a notice of dismissal has not been filed, they submit to the Court another Joint Status Report on June 17, 2025. That Joint Status Report will advise the Court whether there are any outstanding issues and, if so, propose a method for their resolution.

Dated: April 4, 2025                             Respectfully submitted,

*/s/ Deborah M. Golden*
Deborah M. Golden
Golden Law
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
(202) 630-0332
dgolden@debgoldenlaw.com

*Counsel for Human Rights Defense Center*


EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By: */s/ Thomas W. Duffey*
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510


*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

UNITED STATES PARK POLICE,

    Defendant.

Civil Action No. 19-1502 (TSC)

## [PROPOSED] ORDER

In accordance with the mandate issued by D.C. Circuit on March 19, 2025 and the opinion issued on January 24, 2025, 126 F.4th 708 (D.C. Cir 2025), it is hereby ORDERED that Defendant United States Park Police remove the redactions from the officers' names in the three tort settlements at issue and release those documents to the Plaintiff Human Rights Defense Center on or before April 25, 2025.

It is further ORDERED that on or before June 17, 2025, the parties file a Joint Status Report advising the Court of any outstanding issues and proposing a method for their resolution, unless a Stipulation of Dismissal is filed before then.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

3